**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DEMETRIC SIMMONS,**

    **Plaintiff,**

**v.**                                     **Case No. 3:25-cv-1764-AW-HTC**

**GEO CORPORATION, JOHN DOE,
and JOHN DOE,**

    **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff, a pro se prisoner, sued two unnamed guards and a private prison contractor. His basic claim is that they failed to protect him from inmate violence. The magistrate judge issued a report and recommendation concluding the court should dismiss for failure to state a claim. ECF No. 20. Plaintiff has filed objections to the report and recommendation, ECF No. 22, and I have considered de novo the issues he raised.

After a careful review, I agree with the magistrate judge. Plaintiff has not alleged facts stating any plausible claim. I now adopt the report and recommendation and incorporate it into this order. The objections are overruled.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on April 24, 2026.

s/ *Allen Winsor*
Chief United States District Judge